# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00392-TWT
## USA v. Solarin
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/07/2017.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:35 A.M.
TIME IN COURT: 0:35
OFFICE LOCATION: Atlanta

COURT REPORTER: Susan Baker
USPO: Felicia White
DEPUTY CLERK: Sheila Sewell

| | |
|---|---|
| DEFENDANT(S): | [1]Oluwatoyin Solarin Present at proceedings |
| ATTORNEY(S) PRESENT: | Paul Kish representing Oluwatoyin Solarin<br>Thomas Krepp representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted as facts those not objected to in pre-sentence report as findings of the Court. There were no objections to PSR . The Court heard from counsel granted government's request for 1 level downward variance. The Court heard from counsel on defendant's request for a non-guideline sentence and granted for the reasons stated. The Court pronounced sentence - Custody of Bureau of Prisons 18 months to be followed by 3 years supervised release, $100.00 Special Assessment and restitution of 996,862.19. The Court inquired as to Jones Objections. There were none . The Court advised the defendant of her right to appeal the sentence within 14 days. The Court will allow Voluntary Surrender by the defendant when designated by the Bureau of Prisons. Defendant is to continue under the same terms and conditions of current release. |
| HEARING STATUS: | Hearing Concluded |